**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CR. No: 05-033T |
| | : | |
| | : | |
| JAMES E. HAWORTH | : | |

GOVERNMENT'S MOTION FOR A POSTPONEMENT OF SENTENCING

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney and Zechariah Chafee, Assistant United States Attorney, and moves for a postponement of the sentencing in this case for the reason described in the accompanying Memorandum In Support.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2005, I caused to be served a true copy of the within Government's Motion For A Postponement Of Sentencing with accompanying Memorandum in Support of Government's Motion for a Postponement of Sentencing to:

Edward C. Roy, Esq.
Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

Paulette E. Gamache

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CR. No: 05-033T |
| JAMES E. HAWORTH | : | |

MEMORANDUM IN SUPPORT OF GOVERNMENT'S MOTION FOR A POSTPONEMENT OF SENTENCING

The government moves for a postponement of the sentencing in this case, now set for August 18, 2005, to a date in March, 2006. The reason is that the government has decided that due to the minor nature of the criminal conduct and defendant's otherwise clean record the interests of justice will be served by placing defendant in a six month diversion program. The United States Probation Office examined defendant's background and found that defendant is a good candidate for the diversion regimen. If defendant successfully completes the program, the government will move to vacate defendant's plea and if that motion is granted the government will seek to dismiss the criminal charge.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

Zachariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2005, I caused to be served a true copy of the within Government's Motion For A Postponement Of Sentencing with accompanying Memorandum in Support of Government's Motion for a Postponement of Sentencing to:

Edward C. Roy, Esq.
Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

Paulette E. Gamache