**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| v. | : | CR. No: 05-033T |
| | : | |
| | : | |
| JAMES E. HAWORTH | : | |

GOVERNMENT'S MOTION FOR A POSTPONEMENT OF SENTENCING

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney and Zechariah Chafee, Assistant United States Attorney, and moves for a postponement of the sentencing in this case for the reason described in the accompanying Memorandum In Support.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorneys

ROBERT CLARK CORRENTE
United States Attorney

Zechariah Chafee

ZECHARIAH CHAFEE
Assistant U.S. Attorney

GRANTED

Ernest C. Torres
Chief, US District Judge 8/16/05

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of August, 2005, I caused to be served a true copy of the within Government's Motion For A Postponement Of Sentencing with accompanying Memorandum in Support of Government's Motion for a Postponement of Sentencing to:

Edward C. Roy, Esq.
Federal Defender
10 Weybosset Street, Suite 300
Providence, RI 02903

Paulette E. Gamache