**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. No. 05-033T |
| | ) | |
| JAMES E. HAWORTH | ) | |

**GOVERNMENT'S MOTION TO PERMIT DEFENDANT TO WITHDRAW HIS GUILTY PLEA AND FOR THE GOVERNMENT TO DISMISS THE INDICTMENT**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Zechariah Chafee, Assistant United States Attorney, and hereby moves to permit Defendant James E. Haworth to withdraw his plea of guilty and for the Government to dismiss the instant indictment charging theft of mail, in violation of 18 U.S.C. § 1709. As grounds for said motion, the Government states that defendant successfully completed the pre-trial diversion

requirements as set forth in the Pre-Trial Diversion Agreement filed August 17, 2005.

Respectfully submitted,

UNITED STATES OF AMERICA

By its Attorneys,

ROBERT CLARK CORRENTE
United States Attorney

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
R.I. Bar # 3364
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
EMail: zechariah.chafee@usdoj.gov

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that on the 12th day of October, 2006, I caused to be served by electronic filing the Within Government's Motion to Permit Defendant to Withdraw His Guilty Plea and for the Government to Dismiss the Indictment to: Edward C. Roy, Esquire, Federal Public Defender’s Office, 10 Weybosset Street, Suite 300, Providence, Rhode Island 02903.

/s/ Zechariah Chafee

ZECHARIAH CHAFEE
Assistant United States Attorney
R.I. Bar # 3364
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
Tele: (401) 709-5000
Fax: (401) 709-5001
E-Mail: zechariah.chafee@usdoj.gov